IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re KEN WINDERS,  No. C 13-4526 NC (PR)

    Plaintiff.

**ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**

(Docket No. 6)

    On September 16, 2013, plaintiff, a California prisoner, wrote a letter to the Court complaining that his rights were being violated in prison. On October 1, 2013, the Clerk notified plaintiff that he had not filed a complaint. Along with this deficiency notice, the Clerk mailed to plaintiff the Court's complaint form, instructions for completing the form, and a stamped return envelope. In the notice, plaintiff was informed that the case would be dismissed if he did not file a complaint within twenty-eight days. No complaint or other pleading has been received from plaintiff. Accordingly, this case is DISMISSED without prejudice to plaintiff bringing his claims in a new case in which he files a complaint.

    In light of plaintiff's lack of funds, his application for leave to proceed in forma pauperis is GRANTED (docket number 6).

    The Clerk is directed to close the file.

    IT IS SO ORDERED.

DATED: November 19, 2013

NATHANAEL M. COUSINS
United States Magistrate Judge